In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title to Seventh Avenue, etc., in the Borough of Manhattan.

In the Matter of the Application of MARGARETTA K. WELSH et al., as Executors of and Trustees under the Will of HENRY WELSH, Deceased, Respondents and Appellants.

THE COMPTROLLER OF THE CITY OF NEW YORK et al., Appellants and Respondents.

*New York city — street opening — interest on award.*

*Matter of City of New York (Seventh Ave.),* 210 App. Div. 879, affirmed.

(Argued June 1, 1925; decided June 12, 1925.)

CROSS-APPEALS, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 21, 1924, which unanimously affirmed an order of Special Term directing and authorizing the comptroller of the city of New York to pay forthwith unto the surviving executor and trustee under the will of Henry Welsh, deceased, the interest from July 24, 1919, the date of the report of the commissioners of estimate, to April 29, 1921, the date of the confirmation of said report as to damage parcel No. 249 on the total sum of $131,172.02, together with lawful interest on said amount from April 29, 1921, down to the date of payment, and denied the motion of the petitioner for an order directing payment of interest on the award from the date of confirmation of the report of commissioners of estimate to the date of payment less certain lawful deductions together with interest thereon.

*George P. Nicholson,* Corporation Counsel (*Joel J. Squier* and *William B. R. Faber* of counsel), for Comptroller of City of New York et al., appellants and respondents.

*Edwin W. Willcox* for executors and trustees, respondents and appellants.

Order affirmed, without costs to either party; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.